# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Josette A Lowe−Hill**
1138 Blazing Ridge SW
Lawrenceville, GA 30046

Case No.: **13−51466−wlh**
Chapter: **7**

**xxx−xx−7603**

## ORDER CLOSING CASE WITHOUT DISCHARGE

It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as a Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management has not been filed. Accordingly, it is

**ORDERED** that the above−captioned case is closed without entry of discharge.

**IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED:  July 11, 2013

*Wendy L. Hagenau*

Wendy L. Hagenau
United States Bankruptcy Judge

Form 419

```
                         United States Bankruptcy Court
                            Northern District of Georgia
In re:                                                          Case No. 13-51466-wlh
Josette A Lowe-Hill                                             Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: collinsl              Page 1 of 2              Date Rcvd: Jul 11, 2013
                              Form ID: 419                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
db            +Josette A Lowe-Hill,    1138 Blazing Ridge SW,    Lawrenceville, GA 30046-5557
aty           +Patti H. Bass,    Bass & Associates, PC,    Suite 200,    3936 E. Ft. Lowell Road,
                Tucson, AZ 85712-1083
tr             Dale R. F. Goodman,    Goodman & Goodman, P.C.,    Suite 200,    1303 Hightower Trail,
                Atlanta, GA 30350-2919
cr            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
petprep       +Latika M. Billups,    Post Office Box 334,    Stone Mountain, GA 30086-0334
16660920      +Akerman Security,    PO Box 281806,    Atlanta, GA 30384-1806
16660917      +Atlanta Gastro,    PO Box 935329,    Atlanta, GA 31193-5103
16660921     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
16660926      +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
16660927      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
16660922      +FST Bankcard Center,    PO Box 3412,    Omaha, NE 68103-0412
16660928      +Gwinnett Medical Center,    PO Box 1190,    Lawrenceville, GA 30046-1190
16660916      +Gwinnett Medical Emer,    PO Box 1190,    Lawrenceville, GA 30046-1190
16660925      +N. Georgia Dermatology,    771 Old Norcross Road,    Lawrenceville, GA 30046-4386
16660914      +PDQ Services lnc,    600 Churchill Ct,    Woodstock, GA 30188-6827
16660918      +Reagan Medical Center,    2878 Five Forks Trickum Rd,    Lawrenceville, GA 30044-5896
16660915      +Revenue Cycle Solutions,    2651 Warrenville Rd, Ste 500,    Downers Grove, IL 60515-5559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 11 2013 22:30:23
                Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                Atlanta, GA 30303-3315
16660924      +E-mail/Text: Bankruptcy@icsystem.com Jul 11 2013 22:31:41      IC System Collections,
                PO Box 64378,    St Paul, MN 55164-0378
16660919      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 11 2013 22:23:59       Khols,    PO Box 2983,
                Milwaukee, WI 53201-2983
16660923      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 11 2013 22:23:59       Kohls Department,
                PO Box 3115,    Milwaukee, WI 53201-3115
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 113E-9          User: collinsl           Page 2 of 2              Date Rcvd: Jul 11, 2013
                              Form ID: 419             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2013 at the address(es) listed below:
              Dale R. F. Goodman    dale.goodman@7trustee.net, GA15@ECFCBIS.COM
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
                                                                                             TOTAL: 3